IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

NANCY LINKER
    Plaintiff,
v.

CASE NO.: 13-CA-8012
DIVISION:

US AIRWAYS, US AIRWAYS GROUP,
INC, d/b/a US AIRWAYS,
US AIRWAYS, INC., d/b/a US AIRWAYS and
US AIRWAYS, LLC., d/b/a US AIRWAYS
    Defendants.
_____/

## COMPLAINT

COMES NOW, Plaintiff, NANCY LINKER by and through her undersigned counsel, and sues Defendants, US AIRWAYS, US AIRWAYS GROUP, INC, d/b/a US AIRWAYS, US AIRWAYS, INC, and US AIRWAYS, LLC., d/b/a US AIRWAYS and says:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceed $15,000.00 exclusive of costs, interest, and attorneys' fees.
2. Plaintiff, NANCY LINKER is an individual residing and domiciled in Hillsborough County, Florida.
3. Upon information and belief, Defendant US AIRWAYS is a national airline authorized to conduct business in Hillsborough County, Florida.
4. Upon information and belief, Defendant US AIRWAYS GROUP, INC, d/b/a US AIRWAYS is a corporation authorized to conduct business in Hillsborough County, Florida.
5. Upon information and belief, Defendant, US AIRWAYS, LLC, d/b/a US AIRWAYS is a limited liability corporation authorized to conduct business in Hillsborough County, Florida.

6. Upon information and belief Defendant US AIRWAYS, INC, d/b/a US AIRWAYS, is a foreign corporation authorized to conduct business in Hillsborough County, Florida.

7. Venue is proper in Hillsborough County, Florida, pursuant to Chapter 47 Florida Statutes, as the incident at issue in this lawsuit occurred in Hillsborough County, Florida.

## COUNT I
### (Against US AIRWAYS)

8. Plaintiff re-adopts and re-alleges Paragraphs 1 through 7 as if set forth fully herein.

9. On Saturday, June 27, 2009, Plaintiff NANCY LINKER was a ticketed fare paying passenger on US Airways Flight Number US-1241, traveling from Philadelphia International Airport in the City of Philadelphia, Commonwealth of Pennsylvania, to the city of Tampa, Florida, more specifically identified as a US Airways Boeing 737-400, Registration Number N443US.

10. At approximately 2:23 p.m., as the pilots of the US Airways aircraft hereinabove described were attempting to land on the west runway of Tampa International Airport, located in Tampa Florida, the front tires under the nose gear of the plane blew out upon touchdown, causing the front gear to collapse, as a further result of which the aircraft slammed hard onto the runway with tremendous force, before skidding to a stop.

11. The occurrence hereinabove described was proximately caused by negligence on the part of Defendant US AIRWAYS.

12. As a direct and proximate result of the negligence on the part of Defendant, US AIRWAYS, Plaintiff, NANCY LINKER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and an aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, US AIRWAYS, jointly and severally, for damages, general and special, pre-judgment and post-judgment interest, all costs incurred in the prosecution of this action, and for such other and further relief this Court deems just and proper.

## COUNT II
### (Against US AIRWAYS GROUP, INC. d/b/a US AIRWAYS)

13. Plaintiff re-adopts and re-alleges paragraphs 1 through 7 as if set forth fully herein.
14. On Saturday, June 27, 2009, Plaintiff NANCY LINKER was a ticketed fare paying passenger on US Airways Flight Number US-1241, traveling from Philadelphia International Airport in the City of Philadelphia, Commonwealth of Pennsylvania, to the city of Tampa, Florida, more specifically identified as a US Airways Boeing 737-400, Registration Number N443US.
15. At approximately 2:23 p.m., as the pilots of the US Airways aircraft hereinabove described were attempting to land on the west runway of Tampa International Airport, located in Tampa Florida, the front tires under the nose gear of the plane blew out upon touchdown, causing the front gear to collapse, as a further result of which the aircraft slammed hard onto the runway with tremendous force, before skidding to a stop.
16. The occurrence hereinabove described was proximately caused by negligence on the part of Defendant US AIRWAYS GROUP, INC, d/b/a US AIRWAYS.
17. As a direct and proximate result of the negligence on the part of Defendant, US AIRWAYS GROUP, INC, d/b/a US AIRWAYS Plaintiff, NANCY LINKER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and an aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, US AIRWAYS GROUP, INC, d/b/a US AIRWAYS, jointly and severally, for damages, general and special, pre-judgment and post-judgment interest, all costs incurred in the prosecution of this action, and for such other and further relief this Court deems just and proper.

## COUNT III
### (Against US AIRWAYS, INC. d/b/a US AIRWAYS)

18. Plaintiff re-adopts and re-alleges paragraphs 1 through 7 as if set forth fully herein.
19. On Saturday, June 27, 2009, Plaintiff NANCY LINKER was a ticketed fare paying passenger on US Airways Flight Number US-1241, traveling from Philadelphia International Airport in the City of Philadelphia, Commonwealth of Pennsylvania, to the city of Tampa, Florida, more specifically identified as a US Airways Boeing 737-400, Registration Number N443US.
20. At approximately 2:23 p.m., as the pilots of the US Airways aircraft hereinabove described were attempting to land on the west runway of Tampa International Airport, located in Tampa Florida, the front tires under the nose gear of the plane blew out upon touchdown, causing the front gear to collapse, as a further result of which the aircraft slammed hard onto the runway with tremendous force, before skidding to a stop.
21. The occurrence hereinabove described was proximately caused by negligence on the part of Defendant US AIRWAYS INC., d/b/a US AIRWAYS.
22. As a direct and proximate result of the negligence on the part of Defendant, US AIRWAYS INC d/b/a US AIRWAYS, Plaintiff, NANCY LINKER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and an aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, US AIRWAYS INC, d/b/a

US AIRWAYS jointly and severally, for damages, general and special, pre-judgment and post-judgment interest, all costs incurred in the prosecution of this action, and for such other and further relief this Court deems just and proper.

## COUNT IV
### (Against US AIRWAYS, LLC, d/b/a US AIRWAYS)

23. Plaintiff re-adopts and re-alleges paragraphs 1 through 7 as if set forth fully herein.
24. On Saturday, June 27, 2009, Plaintiff NANCY LINKER was a ticketed fare paying passenger on US Airways Flight Number US-1241, traveling from Philadelphia International Airport in the City of Philadelphia, Commonwealth of Pennsylvania, to the city of Tampa, Florida, more specifically identified as a US Airways Boeing 737-400, Registration Number N443US.
25. The occurrence hereinabove described was proximately caused by negligence on the part of Defendant US AIRWAYS LLC., d/b/a US AIRWAYS.
26. As a direct and proximate result of the negligence on the part of Defendant, US AIRWAYS LLC d/b/a US AIRWAYS, Plaintiff, NANCY LINKER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and an aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, US AIRWAYS LLC, d/b/a US AIRWAYS jointly and severally, for damages, general and special, pre-judgment and post-judgment interest, all costs incurred in the prosecution of this action, and for such other and further relief this Court deems just and proper.

## COUNT V
### (Joint and Several Liability)

27. Plaintiff, NANCY LINKER, hereby repeats and incorporates by this reference all of the allegations contained in the First, Second, Third, and Fourth Counts of this

Complaint as if set forth at length herein.

28. The resulting injuries hereinabove described were proximately caused by the concurrent negligence of Defendants, US AIRWAYS, US AIRWAYS GROUP, INC, d/b/a US AIRWAYS, US AIRWAYS, INC, d/b/a US AIRWAYS and US AIRWAYS, LLC, d/b/a US AIRWAYS.

29. Under the circumstances hereinabove alleged, Defendants, US AIRWAYS, US AIRWAYS GROUP, INC, d/b/a US AIRWAYS, US AIRWAYS, INC, d/b/a US AIRWAYS, and US AIRWAYS, LLC, d/b/a US AIRWAYS are jointly and severally liable for the injuries and damages of which the Plaintiff complains.

WHEREFORE, Plaintiff demands judgment against Defendant, US AIRWAYS, US AIRWAYS GROUP, INC, d/b/a US AIRWAYS, US AIRWAYS, INC, d/b/a US AIRWAYS, US AIRWAYS, LLC, d/b/a US AIRWAYS jointly and severally, for damages, general and special, pre-judgment and post-judgment interest, all costs incurred in the prosecution of this action, and for such other and further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, by and through her undersigned counsel, and demands a trial by jury of all issues so triable herein.

Respectfully submitted,

Allen S. Carman III, Esquire
CARMAN & BEVINGTON, P.A.
223 Lithia Pinecrest Road
Brandon, Florida 33511
813/654-3444
Florida Bar No.: 948624